NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CCA ASSOCIATES,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5100, -5101

---

Appeals from the United States Court of Federal Claims in case no. 97-CV-334, Judge Charles F. Lettow.

---

**ON MOTION**

---

## ORDER

The United States moves for a 7-day extension of time, until December 13, 2010, within which to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 1 4 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Elliot E. Polebaum, Esq.
     Kenneth D. Woodrow, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK